No. 02–7856. CASTILLO REYES *v.* GARDNER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–7865. LIPSCOMB *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7866. KERR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–7867. ADAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7869. FRANCIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7870. ORTIZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7871. MOORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7873. BROWN *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–7876. SHIRLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7877. STREET *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7878. ROMERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7881. JONES *v.* TATE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–7882. AMANKWA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–7883. KRUECK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7884. DOYHARZABAL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7885. DAVIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.